IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN M. BUFORD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-1193 |
| | § | |
| | § | |
| WALTON TEXAS, LP, AND | § | |
| WALTON TEXAS GP, LLC, | § | |
| | § | |
| *Defendants*. | § | |

---

**EXHIBIT B**

**STATE COURT DOCKET**

---

## Case Information

### John M. Buford vs. Walton Texas, LP, Walton Texas, GP, LLC

23-O-430

Refresh File Into

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Caldwell County - District Clerk | Civil - Other Civil | Other Civil | 9/19/2023 |

## Parties 3

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | John M. Buford | | Katherine T. Mize |
| Defendant | Walton Texas, LP | | |
| Defendant | Walton Texas, GP, LLC | | |

## Events 6

Search events

Expect To See More Filings?

| Date | Event | Type | Comments | Documents | Pages |
|---|---|---|---|---|---|
| 9/19/2023 | Filing | Petition | Plaintiff's Original Petition | 2023-09-19 Original Petit… | 13 |
| 9/21/2023 | Filing | Request | Request for Issuance of Citat | Caldwell County E-filing … | 1 |
| 9/22/2023 | Filing | Notice | AFFIDAVIT OF SERVICE | job-9622992-affidavit-28… | 1 |
| 9/22/2023 | Filing | Notice | AFFIDAVIT OF SERVICE | job-9622984-affidavit-28… | 1 |
| 9/27/2023 | Filing | Notice | Notice of Lis Pendens | 2023-09-19 Notice of Lis… | 15 |
| 9/27/2023 | Filing | Notice | Sworn Claim Affidavit | 2023-09-19 Sworn Claim… | 16 |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.8.0.52

EMPOWERED BY TYLER TECHNOLOGIES