IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN M. BUFORD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-1193 |
| | § | |
| | § | |
| WALTON TEXAS, LP, AND | § | |
| WALTON TEXAS GP, LLC, | § | |
| | § | |
| *Defendants.* | § | |

---

**EXHIBIT C**

**STATE COURT PLEADINGS**

---

# *EXHIBIT "C-1"*

Filed: 9/19/2023 9:37 AM
Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee  Nolan

23-O-430

**Case No. _____**

| | | |
|---|---|---|
| **John M. Buford,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CALDWELL COUNTY, TEXAS** |
| | § | |
| **Walton Texas, LP, and** | § | |
| **Walton Texas GP, LLC** | § | |
| | § | 421st |
| *Defendants.* | § | **_____ JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff John M. Buford files this his Original Petition based on the fraud of Defendants Walton Texas, LP and Walton Texas GP, LLC (together "Walton") and respectfully shows the Court as follows:

### Parties

1.      Plaintiff John M. Buford is an individual domiciled in Harris County, Texas and who may be served through his attorney of record, Katherine Mize, at 717 Milam, Suite 1200, Houston, Texas 77002.

2.      Defendant Walton Texas, LP is a Texas limited partnership which may be served through its Registered Agent, Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

3.      Defendant Walton Texas, GP, LLC is a Texas Limited Liability Company which may be served through its Registered Agent, Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

Copy from re:SearchTX

## Jurisdiction and Venue

4.     Jurisdiction is proper in this court because Plaintiff seeks monetary relief of at least $250,000 but less than $1,000,000.

5.     Venue is proper Caldwell County pursuant to section 15.011 of the Texas Civil Practice and Remedies Code which states: "Actions for recovery of real property or an estate or interest in real property … shall be brought in the county in which all or a part of the property is located." TEX. CIV. PRAC. & REM. CODE § 15.011.

## Discovery Level

6.     This case is filed as a Level 2 case pursuant to Texas Rule of Civil Procedure 190.3(a).

## Relevant Facts

7.     Plaintiff Mr. Buford was hired by Walton to perform the work necessary to prepare for sale the following parcels of land, totaling 1,164 acres, to be sold to Genesis Consolidated Industries, Inc. for the establishment of a major solar project:

**TRACT 1:**  Being 311.43 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being a portion of that tract conveyed in Volume 568, Page 119, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "D" attached hereto.

**TRACT 2:**  Intentionally Deleted.

**TRACT 3:**  Being 152.01 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being that same tract conveyed in Volume 640, Page 852, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "E" attached hereto.

**TRACT 4:**  Being 303.422 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being a portion of that tract conveyed in Volume 617, Page 785, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "F" attached hereto.

**TRACT 5:**  Being approximately 397.49 acres, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being out of that certain 682.21 acres of land as conveyed in Volume 591, Page 449, of the Official Public Records of Caldwell County, Texas and more particularly described by metes and bounds in Exhibit "G" attached hereto.

2

8. The metes and bounds of Tract 1 are as follows:

A 312.43 acres (13,609,493 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 312.48 acre tract, conveyed to Walton Texas, LP in Volume 568, Page 119, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a 1/2" iron pipe found for the northern corner of said 312.48 acre tract, the eastern corner of a called 17.691 acre tract, conveyed to Nancy Doehne Tropoli and Mark Wayland Doehne in Document No. 141926, Official Public Records of Caldwell County, Texas and also being on the arc of a curve to the left on the southwestern right-of-way line of Farm to Market Road 2720, (80' right-of-way), for the POINT OF BEGINNING and the northern corner of the herein described tract;

THENCE, with the northeastern line of said 312.48 acre tract and also being the said southwestern right-of-way line of Farm to Market Road 2720, the following three (3) courses and distances: 1. With said curve to the left, an arc distance of 199.24 feet, having a radius of 2904.81 feet, an angle of 3° 55' 48", and a chord bearing S 39° 56' 19" E, a distance of 199.20 feet to a concrete monument found; 2. S 40° 36' 58" E, a distance of 703.93 feet to a 1/2" iron rod found at the point of curvature of a curve to the left; 3. With said curve to the left, an arc distance of 190.83 feet, having a radius of 1185.96 feet, an angle of 9° 13' 09", and a chord bearing S 45° 29' 48" E, a distance of 190.62 feet to a 1/2" iron rod found for an angle corner of said 312.48 acre tract and also being on the southwestern right-of-way line of a gravel road (no record information found);

THENCE, with the northeastern line of said 312.48 acre tract and also being the said southwestern right-of-way line of the gravel road, S 41° 39' 51" E, a distance of 925.10 feet to a 3" axle found for the eastern corner of said 312.48 acre tract and of the herein described tract and also being the northern corner of a called 152.00 acre tract, conveyed to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas;

THENCE, with the southeastern line of said 312.48 acre tract and also being the northwestern line of said 152.00 acre tract, the following two (2) course and distances: 1. S 48° 37' 25" W, a distance of 3093.18 feet to a 1/2" iron rod found; 2. S 48° 36' 43" W, a distance of 1921.04 feet to a 1/2" iron rod with red cap found for and angle corner of said 312.48 acre tract, the western corner of said 152.00 acre tract and also being the northern corner of a called 151.08 acre tract, conveyed to Opal H. McGee in Document No. 132107, Official Public Records of Caldwell County, Texas;

THENCE, with the southeastern line of said 312.48 acre tract and also being the northwestern line of said 151.08 acre tract, S 48° 23' 02" W, a distance of 993.95 feet to a 3" iron pipe found for the southern corner of said 312.48 acre tract and of the herein described tract, an angle corner of said 151.08 acre tract and also being the eastern corner of a called 180.57 acre tract, conveyed to EMG Properties, LLC in Document No. 2014-006176, Official Public Records of Caldwell County, Texas;

3

Copy from re:SearchTX

THENCE, with the southwestern line of said 312.48 acre tract and also being the northeastern line of said 180.57 acre tract, N 41° 23' 17" W, a distance of 2387.38 feet to a 1/2" iron rod found for the eastern corner of said 312.48 acre tract and of the herein described tract, the northern corner of said 180.57 acre tract, and also being on the southeastern right-of-way line of County Road 228/Farmers Road;

THENCE, with the northwestern line of said 312.48 acre tract and also being the said southeastern right-of-way line of County Road 228/Farmers Road, N 48° 24' 32" E, a distance of 4021.00 feet to a 1/2" iron rod found for an ell corner of said 312.48 acre tract and also being the western corner of said 17.691 acre tract;

THENCE, with a northeastern line of said 312.48 acre tract and also being the southwestern line of said 17.691 acre tract, S 41° 23' 31" E, a distance of 379.53 feet to a 1/2" iron rod found for an ell corner of said 312.48 acre tract and also being the southern corner of said 17.691 acre tract;

THENCE, with a northwestern line of said 312.48 acre tract and also being the southeastern line of said 17.691 acre tract, N 48° 37' 38" E, a distance of 1983.57 feet to the POINT OF BEGINNING. Containing 312.43 acres or 13,609,493 square feet, more or less. Page 2 of 2 SAVE AND EXCEPT A 1.00 acres (43,560 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 1.00 acre tract, conveyed to B.S. Aupperle in Document No. 134925, to Meredith Spears in Document No. 2022-008212, to Molly B. Quirk in Document No. 2022-008214, to Sandy Garcia Hoy in Document No. 2022-008216, and to John Havenstrite in Document No. 2023-00854, Official Public Records of Caldwell County, Texas, described as follows: COMMENCING at a 3" iron pipe found for the southern corner of said 312.48 acre tract, an angle corner of said 151.08 acre tract and also being the eastern corner of said 180.57 acre tract;

THENCE, over and across said 312.48 acre tract, the following five (5) courses and distances: 1. N 41° 48' 01" E, a distance of 441.87 feet to the POINT OF BEGINNING and the southern corner of the herein described tract; 2. N 41° 32' 51" W, a distance of 208.71 feet to a point for the western corner of the herein described tract; 3. N 48° 27' 09" E, a distance of 208.71 feet to a point for the northern corner of the herein described tract; 4. S 41° 32' 51" E, a distance of 208.71 feet to a point for the eastern corner of the herein described tract; 5. S 48° 27' 09" W, a distance of 208.71 feet to the POINT OF BEGINNING. Containing 1.00 acres or 43,560 square feet, more or less.

BEARING BASIS NOTE

This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

9.    The metes and bounds of Tract 3 are as follows:

A 152.01 acres (6,621,419 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 152.00 acre tract, conveyed

4

Copy from re:SearchTX

to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a 3" axel found for the northern corner of said 152.00 acre tract, the eastern corner of a called 312.48 acre tract, conveyed to Walton Texas, LP in Volume 568, Page 119, Official Public Records of Caldwell County, Texas and also being on the southwestern right-of-way line of a gravel road (no record information found), for the POINT OF BEGINNING and the northern corner of the herein described tract;

THENCE, with the northeastern line of said 152.00 acre tract and also being the said southwestern right-of-way line of the gravel road, S 40° 43' 37" E, a distance of 19.88 feet to a 1/2" iron rod found for the eastern corner of said 152.00 acre tract and of the herein described tract and also being an ell corner of a called 464.83 acre tract, conveyed to RUC Holdings ULC in Document No. 2018-003683, Official Public Records of Caldwell County, Texas;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 464.83 acre tract, S 48° 36' 36" W, a distance of 547.38 feet to a 1/2" iron rod with Atwell cap set for an angle corner of said 152.00 acre tract, the western corner of said 464.83 acre tract and also being the northern corner of a called 682.21 acre tract, conveyed to Walton Texas, LP in Volume 591, Page 449, Official Public Records of Caldwell County, Texas;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 682.21 acre tract, S 48° 37' 08" W, a distance of 2546.02 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 152.00 acre tract, the herein described tract and also being the western corner of said 682.21 acre tract;

THENCE, with a northeastern line of said 152.00 acre tract and also being a southwestern line of said 682.21 acre tract, S 41° 01' 11" E, a distance of 3397.52 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 152.00 acre tract, the herein described tract and said 682.21 acre tract;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 682.21 acre tract, S 48° 44' 06" W, a distance of 1920.06 feet to a 1/2" iron rod with Atwell cap set for the southern corner of said 152.00 acre tract and of the herein described tract, an ell corner of said 682.21 acre tract and also being on the northeastern line of a called 297.18 acre tract, conveyed to Millennium Interests, LTD in Document No. 2020-000497, Official Public Records of Caldwell County, Texas;

THENCE, with the southwestern line of said 152.00 acre tract and also being the northeastern line of said 297.18 acre tract, of a called 151.142 acre tract, conveyed to Ronald Gregg Hohertz, Rhonda Lea Covarrubias and Clay Kendall Hohertz in Document No.126771, Official Public Records of Caldwell County, Texas and of a called 151.08 acre tract, conveyed to Opal H. McGee in Document No. 132107, Official Public Records of Caldwell County, Texas, N 41° 01' 50" W, a distance of 3413.60 feet to a 1/2" iron rod with cap found for the western corner of said 152.00 acre tract and of the herein described

Copy from re:SearchTX

tract, the northern corner of said 151.08 acre tract and also being on the southeastern line of said 312.48 acre tract;

THENCE, with the northwestern line of said 152.00 acre tract and also being the said southeastern line of said 312.48 acre tract, the following two (2) courses and distances:

1. N 48° 36' 43" E, a distance of 1921.04 feet to a 1/2" iron rod found;

2. N 48° 37' 25" E, a distance of 3093.18 feet to the POINT OF BEGINNING.

Containing 152.01 acres or 6,621,419 square feet, more or less.

BEARING BASIS NOTE

This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

10.    The metes and bounds of Tract 4 are as follows:

A 303.422 acres (13,217,072 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being a portion of a called 323.501 acre tract, conveyed to Walton Texas, LP in Volume 617, Page 785, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a T Post found for the western corner of said 323.501 acre tract, the northern corner of a called 121.168 acre tract, conveyed to Rodney Duane Germer and Lisa Nelson-Germer in Volume 526, Page 681, Official Public Records of Caldwell County, Texas and also being in the right-of-way of County Road 229/Misty Lane, (no right-of-way information found), for the POINT OF BEGINNING and the western corner of the herein described tract;

THENCE, with the northwestern line of said 323.501 acre tract, N 48° 12' 10" E, over and across the said right-of-way of County Road 229/Misty Lane, a distance of 4747.42 feet to a iron rod with "ATWELL" cap set, from which a 1/2" iron rod with "BURY AND ASSOCIATES" cap found on the said northwestern line of the 323.501 acre tract bears, N 48° 12' 10" E, a distance of 236.62 feet;

THENCE, over and across said 323.501 acre tract, the following four (4) courses and distances:

1. S 41° 47' 50" E, a distance of 500.21 feet to a iron rod with "ATWELL" cap set;
2. N 48° 12' 10" E, a distance of 576.62 feet to a iron rod with "ATWELL" cap set for the northern corner of the herein described tract;
3. S 65° 32' 22" E, a distance of 815.12 feet to a iron rod with "ATWELL" cap set;
4. N 46° 57' 38" E, a distance of 219.95 feet to a iron rod with "ATWELL" cap set on the northeastern line of said 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, (no right-ofway information found), from which a 1/2" iron rod with BURY AND ASSOCIATES cap found on the said northeastern line of

6

Copy from re:SearchTX

the 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, bears N 43° 02' 22" W, a distance of 1200.30 feet;

THENCE, with the northeastern line of said 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, S 43° 02' 22" E, a distance of 1123.30 feet to a 1/2" iron rod with BURY AND ASSOCIATES cap found for the eastern corner of said 323.501 acre tract and of the herein described tract and being on the northwestern right-of-way line of County Road 230/Jolly Road, (no right-of-way information found);

THENCE, with the southeastern line of said 323.501 acre tract and also being the northwestern right-of-way line of County Road 230/Jolly Road, S 47° 47' 10" W, a distance of 912.64 feet to a 1/2" iron rod with BURY AND ASSOCIATES cap found;

THENCE, continuing with the southeastern line of said 323.501 acre tract and over and across the right-of-way of County Road 230/Jolly Road, the following two (2) courses and distances:

1. S 41° 59' 21" E, a distance of 21.61 feet to a 1/2" iron rod found;
2. S 48° 12' 03" W, a distance of 2433.02 feet to a 6" steel post found on line, being on the southwestern right-of-way of County Road 230/Jolly Road and also being the northern corner of a called 69.37 acre tract, Tract A, conveyed to Leita Miller in Volume 106, Page 286, Official Public Records of Caldwell County, Texas;

THENCE, continuing with the southeastern line of said 323.501 acre tract, with the northwestern line of said 69.37 acre tract and also being the northwestern line of a called 59.693 acre tract, conveyed to Bruce Edward Germer and Peggy S. Germer in Volume 526, Page 687, Official Public Records of Caldwell County, Texas, S 48° 12' 03" W, a distance of 2569.67 feet to a 8" treated fence post found for the southern corner of said 323.501 acre tract and of the herein described tract, the eastern corner of said 121.168 acre tract and also being an angle point of said 59.693 acre tract;

THENCE, with the southwestern line of said 323.501 acre tract and also being the northeastern line of said 121.168 acre tract, N 41° 20' 54" W, a distance of 2393.08 feet to the POINT OF BEGINNING.

Containing 303.422 acres or 13,217,072 square feet, more or less.

BEARING BASIS NOTE
This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204).

Copy from re:SearchTX

11.    The metes and bounds of Tract 5 are as follows:

BEGINNING at a 6" cedar fence post found for the southern corner of said 682.21 acre tract, the eastern corner of a called 296.5 acre tract, conveyed to Dan M Connolly in Volume 346, Page 920, Official Public Records of Caldwell County, Texas and also being on the northwestern right-of-way line of County Road 229/Misty Lane, (no right-of-way information found), for the POINT OF BEGINNING and the southern corner of the herein described tract;

THENCE, with the southwestern line of said 682.21 acre tract, the northeastern line of said 296.5 acre tract and also being the northeastern line of a called 297.18 acre tract, conveyed to Millennium Interests, LTD in Document No. 2020-000497, Official Public Records of Caldwell County, Texas, N 41° 00' 01" W, a distance of 5723.84 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 682.21 acre tract, an angle corner of said 297.18 acre tract and also being the southern corner of a called 152.00 acre tract, conveyed to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas;

THENCE, with a northwestern line of said 682.21 acre tract and also being a southeastern line of said 152.00 acre tract, N 48° 44' 06" E, a distance of 1920.06 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 682.21 acre tract and said 152.00 acre tract;

THENCE, with the southwestern line of said 682.21 acre tract and also being a northeastern line of said 152.00 acre tract, N 41° 01' 11" W, a distance of 3397.52 feet to a 1/2" iron rod with Atwell cap set for the western corner of said 682.21 acre tract and also being an ell corner of said 152.00 acre tract, for the western corner of the herein described tract;

THENCE, with the northwestern line of said 682.21 acre tract and also being a southeastern line of said 152.00 acre tract, N 48° 37' 08" E, a distance of 665.66 feet to a 1/2" iron rod with Atwell cap set for the northern corner of the herein described tract;

THENCE, over and across said 682.21 acre tract, the following five (5) course and distances:

1. S 41° 31' 55" E, passing at a distance of 3496.13 feet a iron rod with 2" "KENT McMILLAN" aluminum cap found, in all a total distance of 6204.62 feet to a 1/2" iron rod with Atwell cap;
2. S 41° 20' 41" E, a distance of 761.52 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found;
3. S 41° 21' 03" E, a distance of 1416.34 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found;

8

4. S 41° 15' 22" E, a distance of 658.95 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found for the eastern corner of the herein described tract;
5. S 48° 51' 21" W, a distance of 63.82 feet to a iron rod with a 3" aluminum cap found on the southeastern line of said 682.21 acre tract and also being the northwestern right-of-way line of County Road 229/Misty Lane;

THENCE, with the southeastern line of said 682.21 acre tract and also being the northwestern right-of-way line of County Road 229/Misty Lane, the following five (5) courses and distances:

1. S 49° 32' 02" W, a distance of 691.51 feet to a 6" cedar fence post found;
2. S 42° 28' 47" W, a distance of 568.39 feet to a 6" cedar fence post found;
3. S 46° 06' 52" W, a distance of 316.98 feet to a 6" cedar fence post found;
4. S 47° 15' 50" W, a distance of 411.83 feet to a 6" cedar fence post found;
5. S 48° 21' 17" W, a distance of 610.08 feet to the POINT OF BEGINNING.

Containing 397.49 acres or 17,314,768 square feet, more or less.

BEARING BASIS NOTE
This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

12. Mr. Buford worked for more than a year to prepare the above-referenced 1,164 acres for sale. Mr. Buford's duties included, but were not limited to, the following material acts without which the sale of the property could not have proceeded:

a. Overseeing the division and annexation mechanics of multiple Ranch at Clear Fork Creek municipal utility district(s);

b. Arranged for contract purchaser of adjacent property to release 54.5 acres of land from their sale contract, and added this acreage to the Genesis contract, in order to optimize the solar project's access to high voltage overhead power lines;

Copy from re:SearchTX

    c.   Oversaw and coordinated an April 2023 sale to a wastewater utility holding company for approximately 20 acres in order to provide a sewer solution in order for the property to be sold;

    d.   Worked on selling water line easements to the current water Certificates of Convenience and Necessity holders in order to effect a water solution for the property to be sold;

    e.   Worked with Walton's attorneys on finalizing all closing documentation related to the sale;

    f.   Attending regional economic development meetings regarding the award of economic incentives to Genesis' solar power project;

    g.   Overseeing communication with the buyer regarding the status of state agency-level approvals; and

    h.   Overseeing communication with the buyer regarding the status of financing commitments.

13.    Mr Buford worked far more than 40 hours per week and missed many days and nights with his family in order to get the property ready for sale.

14.    Mr. Buford was the *only* employee in Texas who was handling these matters.

15.    Walton promised Mr. Buford in writing in August 2022 that he would receive $259,000 when the project closed.

16.    Mr. Buford was highly incentivized to work on this project by Walton's promise that he would be paid $259,000 when the sale closed.

Copy from re:SearchTX

17.     Mr. Buford relied on Walton's promise and focused his efforts entirely on achieving the sale of the land as soon as possible.

18.     Mr. Buford's efforts were successful, and the closing of the land sale has been set for September 25, 2023, or on or about that date.

19.     Walton terminated Mr. Buford on September 11, 2023, just 10 business days before the closing.

20.     Upon information and belief, Walton terminated Mr. Burford solely to avoid paying him the promised $259,000 after having received all the benefits of Mr. Buford's work to achieve the $259,000 payment.

## Fraud

21.     Walton falsely represented to Mr. Buford in writing that it would pay him $259,000 upon sale of the 1,164 acres.

22.     Mr. Buford relied on Walton's false representation and made great personal sacrifices in reliance on Walton's promise.

23.     Walton's promise to pay Mr. Buford the $259,000 was false, as Walton has advised Mr. Buford that because he is no longer employed, he will not receive the promised $259,000.

24.     Walton knew at the time it made the promise that it had no intention of fulfilling its promise to pay Mr. Buford the $259,000.

25.     Alternatively, Walton made the promise to pay Mr. Buford the $259,000 recklessly and without any knowledge of the truth and as a positive assertion, intending that Mr. Buford rely on the promise.

Copy from re:SearchTX

26.     Mr. Buford relied on Walton's false promise to his detriment, forgoing other opportunities in reliance on the promise of receiving $259,000 upon closing of the transaction Mr. Buford's efforts made possible.

27.     Mr. Buford has suffered damages in the amount of $259,000 plus his attorney's fees.

## Quantum Meruit

28.     Mr. Buford went above and beyond in his efforts to get the sale of the 1,164 acres over the finish line.

29.     As of the date Walton terminated Mr. Buford, Mr. Buford had completed all the work necessary for him to earn the promised $259,000.

30.     The reasonable value of Mr. Buford's work, for which he has yet to be paid, is $259,000.

31.     Mr. Buford seeks damages of $259,000 plus attorney's fees.

## Conditions Precedent

32.     All conditions precedent to recovery have been performed.

## Prayer

Plaintiff John M. Buford seeks recovery of at least $259,000 plus his attorney's fees, and all other damages, general and special, and all other relief, legal and equitable, to which he lawfully may be entitled.

Copy from re:SearchTX

Respectfully Submitted,

_____
Katherine T. Mize
Attorney-in-Charge
State Bar No. 00784617
katherine.mize@mizepc.com
Amber Morrison
State Bar No. 24106344
amber.morrison@mizepc.com
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (713) 595-9675
Facsimile: (713) 595-9670

ATTORNEYS FOR PLAINTIFF,
JOHN M. BUFORD

13

Copy from re:SearchTX

*EXHIBIT "C-2"*

Caldwell Co. District Clerk
512-398-1806

Filed: 9/21/2023 3:56 PM
Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee  Nolan

# E-FILING REQUEST FOR ISSUANCE

❖ This document MUST be filed as a separate LEAD document when e-filing.
❖ Choose the **Filing code:** ("**Application** or **Request**")
❖ Select the type of issuance using the "Optional Services" section on the e-filing screen
❖ If a service document is required, you must add the "Copies - Service" and enter the number of pages the clerk needs to print.  (Ex: Petition is **5** pages, **3** citations are requested: 5 x 3 = 15 pages will need to printed by the clerk)

Cause No. __23-O-430__    Style of Case: __John M. Buford v. Walton Texas, LP and Walton Texas GP, LLC__
Document to be served: ____Citation_____
Relief requested/statute: _____

## Please Select the type and quantity of issuance(s) needed:
### (use other request forms for Abstracts/Executions/Order of Withholding)

| Type | Amt | Quantity | Type | Amt | Quantity |
|------|-----|----------|------|-----|----------|
| Citation | $8 | 2 | All Writs | $ 8 | |
| Temp. Restraining Order | $8 | | Precept | $ 8 | |
| Notice | $8 | | Expunction Notices | $15.96 | |
| Show Cause Notice | $8 | | | | |

Service to be issued on: (**If service address is outside of Caldwell County**, party is responsible for service* and the service fee would not need to be paid through eFile.)

1. Name __Walton Texas , LP through its Registered Agent, Registered Agent Solutions, Inc.__

   Address __Corporate Center One, 5301 Southwest Parkway, Suite 400__

   City, State, Zip __Austin, Texas 78735__

2. Name __Walton Texas, GP, LLC through its Registered Agent, Registered Agent Solutions, Inc.__

   Address __Corporate Center One, 5301 Southwest Parkway, Suite 400__

   City, State, Zip __Austin, Texas 78735__

### *****Check one of the options below for service method*****

__Please serve by:__
_____ Caldwell County Sheriff/Constable
_____ Certified Mail   To be mailed to: _____
_____ Restricted delivery (extra cost)
_____ Posting
_____ Publication OCA Website (**Public Information Website**)
_____ Publication (**Name of paper**: _____) Amount of Time to Published:_____
__X__ I will bring in a file-marked copy of the service document to your office and/or mail in a file- marked copy  of the service document for the issuance to be picked up.
        __X__ to be picked up by private process.
        _____ to be picked up by attorney/ petitioner.
_____ I have added the cost for a copy of the service document and have also added the service fee for the Sheriff/Constable or other service fee.
_____ I will send a self-addressed stamped envelope with sufficient postage to:
Caldwell Co. District Clerk, 1703 S. Colorado St., Box 3, Lockhart, Tx 78644 for the return of the issuance and service document(s) or pay for postage through efile.

Amber Morrison/713-595-9675/amber.morrison@mizepc.com
Requestor Name/phone number/email address

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amber Morrison on behalf of Amber Morrison
Bar No. 24106344
amber.morrison@mizepc.com
Envelope ID: 79818690
Filing Code Description: Request
Filing Description: Request for Issuance of Citation
Status as of 9/22/2023 8:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Katherine Mize | | katherine.mize@mizepc.com | 9/21/2023 3:56:03 PM | SENT |
| Amber Morrison | | amber.morrison@mizepc.com | 9/21/2023 3:56:03 PM | SENT |

Copy from re:SearchTX

# *EXHIBIT "C-3"*

Filed: 9/22/2023 2:22 PM
Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee  Nolan

## CAUSE NO. 23-O-430

| | | |
|---|---|---|
| John M. Buford | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | CALDWELL COUNTY, TEXAS |
| | § | |
| Walton Texas, LP, and § Walton Texas GP, LLC | § | |
| Defendant. | § | 421ST DISTRICT COURT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Sep 21, 2023, 4:54 am**,

CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **5301 Southwest Pkwy Suite 400, Austin, TX 78735** within the county of **Travis** at **11:58 AM** on **Fri, Sep 22 2023**, by delivering a true copy to the within named

WALTON TEXAS, LP IS A TEXAS LIMITED PARTNERSHIP WHICH MAY BE SERVED THROUGH ITS REGISTERED AGENT,

REGISTERED AGENT SOLUTIONS, INC.

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Darrell Fletcher**, my date of birth is **04/28/1962**, and my address is **17844 Glacier Bay St, Pflugerville, TX 78660**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **TRAVIS** County, State of **TX**, on **September 22, 2023**.

Darrell Fletcher
Certification Number: PSC 16259
Certification Expiration: 02/28/2025

Copy from re:SearchTX

*EXHIBIT "C-4"*

Filed: 9/22/2023 2:17 PM
Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee  Nolan

## CAUSE NO. 23-O-430

| John M. Buford | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | CALDWELL COUNTY, TEXAS |
| | § | |
| Walton Texas, LP, and § Walton Texas GP, LLC | § | |
| Defendant. | § | 421ST DISTRICT COURT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Sep 21, 2023, 4:54 am**,

CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **5301 Southwest Pkwy Suite 400, Austin, TX 78735** within the county of **Travis** at **11:58 AM** on **Fri, Sep 22 2023**, by delivering a true copy to the within named

WALTON TEXAS, GP, LLC IS A TEXAS LIMITED LIABILITY COMPANY WHICH MAY BE SERVED THROUGH ITS REGISTERED AGENT, REGISTERED AGENT SOLUTIONS, INC.

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Darrell Fletcher**, my date of birth is **04/28/1962**, and my address is **17844 Glacier Bay St, Pflugerville, TX 78660**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **TRAVIS** County, State of **TX**, on **September 22, 2023**.

**Darrell Fletcher**
Certification Number: PSC 16259
Certification Expiration: 02/28/2025

Copy from re:SearchTX

# EXHIBIT "C-5"

2023-006007  LP  Fee:  78.00
Teresa Rodriguez, County Clerk - Caldwell County, TX

Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee Nolan

## Case No. 23-O-430

| | | |
|---|---|---|
| **John M. Buford,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CALDWELL COUNTY, TEXAS** |
| | § | |
| **Walton Texas, LP, and** | § | |
| **Walton Texas GP, LLC** | § | |
| | § | |
| *Defendants.* | § | **421st JUDICIAL DISTRICT** |

### NOTICE OF LIS PENDENS

**To:  Walton Texas, LP and Walton Texas GP, LLC and All Others Whom It May Concern**

YOU ARE NOTIFIED of the institution of this action by plaintiff against you seeking to recover the $259,000 the defendants promised to John M. Buford in connection with the sale of the property listed and described in the attached lawsuit.

Respectfully Submitted,

Katherine T. Mize
Attorney-in-Charge
State Bar No. 00784617
katherine.mize@mizepc.com
Amber Morrison
State Bar No. 24106344
amber.morrison@mizepc.com
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (713) 595-9675
Facsimile: (713) 595-9670

ATTORNEYS FOR PLAINTIFF,
JOHN M. BUFORD

1

Copy from re:SearchTX

Filed: 9/19/2023 9:37 AM
Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee Nolan

23-O-430

Case No. _____

| | | |
|---|---|---|
| John M. Buford, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CALDWELL COUNTY, TEXAS |
| | § | |
| Walton Texas, LP, and | § | |
| Walton Texas GP, LLC | § | |
| | § | 421st |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff John M. Buford files this his Original Petition based on the fraud of Defendants Walton Texas, LP and Walton Texas GP, LLC (together "Walton") and respectfully shows the Court as follows:

### Parties

1.     Plaintiff John M. Buford is an individual domiciled in Harris County, Texas and who may be served through his attorney of record, Katherine Mize, at 717 Milam, Suite 1200, Houston, Texas 77002.

2.     Defendant Walton Texas, LP is a Texas limited partnership which may be served through its Registered Agent, Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

3.     Defendant Walton Texas, GP, LLC is a Texas Limited Liability Company which may be served through its Registered Agent, Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

Copy from re:SearchTX

## Jurisdiction and Venue

4.      Jurisdiction is proper in this court because Plaintiff seeks monetary relief of at least $250,000 but less than $1,000,000.

5.      Venue is proper Caldwell County pursuant to section 15.011 of the Texas Civil Practice and Remedies Code which states: "Actions for recovery of real property or an estate or interest in real property … shall be brought in the county in which all or a part of the property is located." TEX. CIV. PRAC. & REM. CODE § 15.011.

## Discovery Level

6.      This case is filed as a Level 2 case pursuant to Texas Rule of Civil Procedure 190.3(a).

## Relevant Facts

7.      Plaintiff Mr. Buford was hired by Walton to perform the work necessary to prepare for sale the following parcels of land, totaling 1,164 acres, to be sold to Genesis Consolidated Industries, Inc. for the establishment of a major solar project:

**TRACT 1:** Being 311.43 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being a portion of that tract conveyed in Volume 568, Page 119, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "D" attached hereto.

**TRACT 2:** Intentionally Deleted.

**TRACT 3:** Being 152.01 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being that same tract conveyed in Volume 640, Page 852, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "E" attached hereto.

**TRACT 4:** Being 303.422 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being a portion of that tract conveyed in Volume 617, Page 785, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "F" attached hereto.

**TRACT 5:** Being approximately 397.49 acres, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being out of that certain 682.21 acres of land as conveyed in Volume 591, Page 449, of the Official Public Records of Caldwell County, Texas and more particularly described by metes and bounds in Exhibit "G" attached hereto.

2

Copy from re:SearchTX

8. The metes and bounds of Tract 1 are as follows:

A 312.43 acres (13,609,493 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 312.48 acre tract, conveyed to Walton Texas, LP in Volume 568, Page 119, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a 1/2" iron pipe found for the northern corner of said 312.48 acre tract, the eastern corner of a called 17.691 acre tract, conveyed to Nancy Doehne Tropoli and Mark Wayland Doehne in Document No. 141926, Official Public Records of Caldwell County, Texas and also being on the arc of a curve to the left on the southwestern right-of-way line of Farm to Market Road 2720, (80' right-of-way), for the POINT OF BEGINNING and the northern corner of the herein described tract;

THENCE, with the northeastern line of said 312.48 acre tract and also being the said southwestern right-of-way line of Farm to Market Road 2720, the following three (3) courses and distances: 1. With said curve to the left, an arc distance of 199.24 feet, having a radius of 2904.81 feet, an angle of 3° 55' 48", and a chord bearing S 39° 56' 19" E, a distance of 199.20 feet to a concrete monument found; 2. S 40° 36' 58" E, a distance of 703.93 feet to a 1/2" iron rod found at the point of curvature of a curve to the left; 3. With said curve to the left, an arc distance of 190.83 feet, having a radius of 1185.96 feet, an angle of 9° 13' 09", and a chord bearing S 45° 29' 48" E, a distance of 190.62 feet to a 1/2" iron rod found for an angle corner of said 312.48 acre tract and also being on the southwestern right-of-way line of a gravel road (no record information found);

THENCE, with the northeastern line of said 312.48 acre tract and also being the said southwestern right-of-way line of the gravel road, S 41° 39' 51" E, a distance of 925.10 feet to a 3" axle found for the eastern corner of said 312.48 acre tract and of the herein described tract and also being the northern corner of a called 152.00 acre tract, conveyed to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas;

THENCE, with the southeastern line of said 312.48 acre tract and also being the northwestern line of said 152.00 acre tract, the following two (2) course and distances: 1. S 48° 37' 25" W, a distance of 3093.18 feet to a 1/2" iron rod found; 2. S 48° 36' 43" W, a distance of 1921.04 feet to a 1/2" iron rod with red cap found for and angle corner of said 312.48 acre tract, the western corner of said 152.00 acre tract and also being the northern corner of a called 151.08 acre tract, conveyed to Opal H. McGee in Document No. 132107, Official Public Records of Caldwell County, Texas;

THENCE, with the southeastern line of said 312.48 acre tract and also being the northwestern line of said 151.08 acre tract, S 48° 23' 02" W, a distance of 993.95 feet to a 3" iron pipe found for the southern corner of said 312.48 acre tract and of the herein described tract, an angle corner of said 151.08 acre tract and also being the eastern corner of a called 180.57 acre tract, conveyed to EMG Properties, LLC in Document No. 2014-006176, Official Public Records of Caldwell County, Texas;

3

THENCE, with the southwestern line of said 312.48 acre tract and also being the northeastern line of said 180.57 acre tract, N 41° 23' 17" W, a distance of 2387.38 feet to a 1/2" iron rod found for the eastern corner of said 312.48 acre tract and of the herein described tract, the northern corner of said 180.57 acre tract, and also being on the southeastern right-of-way line of County Road 228/Farmers Road;

THENCE, with the northwestern line of said 312.48 acre tract and also being the said southeastern right-of-way line of County Road 228/Farmers Road, N 48° 24' 32" E, a distance of 4021.00 feet to a 1/2" iron rod found for an ell corner of said 312.48 acre tract and also being the western corner of said 17.691 acre tract;

THENCE, with a northeastern line of said 312.48 acre tract and also being the southwestern line of said 17.691 acre tract, S 41° 23' 31" E, a distance of 379.53 feet to a 1/2" iron rod found for an ell corner of said 312.48 acre tract and also being the southern corner of said 17.691 acre tract;

THENCE, with a northwestern line of said 312.48 acre tract and also being the southeastern line of said 17.691 acre tract, N 48° 37' 38" E, a distance of 1983.57 feet to the POINT OF BEGINNING. Containing 312.43 acres or 13,609,493 square feet, more or less. Page 2 of 2 SAVE AND EXCEPT A 1.00 acres (43,560 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 1.00 acre tract, conveyed to B.S. Aupperle in Document No. 134925, to Meredith Spears in Document No. 2022-008212, to Molly B. Quirk in Document No. 2022-008214, to Sandy Garcia Hoy in Document No. 2022-008216, and to John Havenstrite in Document No. 2023-00854, Official Public Records of Caldwell County, Texas, described as follows: COMMENCING at a 3" iron pipe found for the southern corner of said 312.48 acre tract, an angle corner of said 151.08 acre tract and also being the eastern corner of said 180.57 acre tract;

THENCE, over and across said 312.48 acre tract, the following five (5) courses and distances: 1. N 41° 48' 01" E, a distance of 441.87 feet to the POINT OF BEGINNING and the southern corner of the herein described tract; 2. N 41° 32' 51" W, a distance of 208.71 feet to a point for the western corner of the herein described tract; 3. N 48° 27' 09" E, a distance of 208.71 feet to a point for the northern corner of the herein described tract; 4. S 41° 32' 51" E, a distance of 208.71 feet to a point for the eastern corner of the herein described tract; 5. S 48° 27' 09" W, a distance of 208.71 feet to the POINT OF BEGINNING. Containing 1.00 acres or 43,560 square feet, more or less.

BEARING BASIS NOTE

This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

9.    The metes and bounds of Tract 3 are as follows:

A 152.01 acres (6,621,419 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 152.00 acre tract, conveyed

4

to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a 3" axel found for the northern corner of said 152.00 acre tract, the eastern corner of a called 312.48 acre tract, conveyed to Walton Texas, LP in Volume 568, Page 119, Official Public Records of Caldwell County, Texas and also being on the southwestern right-of-way line of a gravel road (no record information found), for the POINT OF BEGINNING and the northern corner of the herein described tract;

THENCE, with the northeastern line of said 152.00 acre tract and also being the said southwestern right-of-way line of the gravel road, S 40° 43' 37" E, a distance of 19.88 feet to a 1/2" iron rod found for the eastern corner of said 152.00 acre tract and of the herein described tract and also being an ell corner of a called 464.83 acre tract, conveyed to RUC Holdings ULC in Document No. 2018-003683, Official Public Records of Caldwell County, Texas;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 464.83 acre tract, S 48° 36' 36" W, a distance of 547.38 feet to a 1/2" iron rod with Atwell cap set for an angle corner of said 152.00 acre tract, the western corner of said 464.83 acre tract and also being the northern corner of a called 682.21 acre tract, conveyed to Walton Texas, LP in Volume 591, Page 449, Official Public Records of Caldwell County, Texas;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 682.21 acre tract, S 48° 37' 08" W, a distance of 2546.02 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 152.00 acre tract, the herein described tract and also being the western corner of said 682.21 acre tract;

THENCE, with a northeastern line of said 152.00 acre tract and also being a southwestern line of said 682.21 acre tract, S 41° 01' 11" E, a distance of 3397.52 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 152.00 acre tract, the herein described tract and said 682.21 acre tract;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 682.21 acre tract, S 48° 44' 06" W, a distance of 1920.06 feet to a 1/2" iron rod with Atwell cap set for the southern corner of said 152.00 acre tract and of the herein described tract, an ell corner of said 682.21 acre tract and also being on the northeastern line of a called 297.18 acre tract, conveyed to Millennium Interests, LTD in Document No. 2020-000497, Official Public Records of Caldwell County, Texas;

THENCE, with the southwestern line of said 152.00 acre tract and also being the northeastern line of said 297.18 acre tract, of a called 151.142 acre tract, conveyed to Ronald Gregg Hohertz, Rhonda Lea Covarrubias and Clay Kendall Hohertz in Document No.126771, Official Public Records of Caldwell County, Texas and of a called 151.08 acre tract, conveyed to Opal H. McGee in Document No. 132107, Official Public Records of Caldwell County, Texas, N 41° 01' 50" W, a distance of 3413.60 feet to a 1/2" iron rod with cap found for the western corner of said 152.00 acre tract and of the herein described

5

Copy from re:SearchTX

tract, the northern corner of said 151.08 acre tract and also being on the southeastern line of said 312.48 acre tract;

THENCE, with the northwestern line of said 152.00 acre tract and also being the said southeastern line of said 312.48 acre tract, the following two (2) courses and distances:

1. N 48° 36' 43" E, a distance of 1921.04 feet to a 1/2" iron rod found;

2. N 48° 37' 25" E, a distance of 3093.18 feet to the POINT OF BEGINNING.

Containing 152.01 acres or 6,621,419 square feet, more or less.

BEARING BASIS NOTE

This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

10.    The metes and bounds of Tract 4 are as follows:

A 303.422 acres (13,217,072 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being a portion of a called 323.501 acre tract, conveyed to Walton Texas, LP in Volume 617, Page 785, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a T Post found for the western corner of said 323.501 acre tract, the northern corner of a called 121.168 acre tract, conveyed to Rodney Duane Germer and Lisa Nelson-Germer in Volume 526, Page 681, Official Public Records of Caldwell County, Texas and also being in the right-of-way of County Road 229/Misty Lane, (no right-of-way information found), for the POINT OF BEGINNING and the western corner of the herein described tract;

THENCE, with the northwestern line of said 323.501 acre tract, N 48° 12' 10" E, over and across the said right-of-way of County Road 229/Misty Lane, a distance of 4747.42 feet to a iron rod with "ATWELL" cap set, from which a 1/2" iron rod with "BURY AND ASSOCIATES" cap found on the said northwestern line of the 323.501 acre tract bears, N 48° 12' 10" E, a distance of 236.62 feet;

THENCE, over and across said 323.501 acre tract, the following four (4) courses and distances:

1. S 41° 47' 50" E, a distance of 500.21 feet to a iron rod with "ATWELL" cap set;
2. N 48° 12' 10" E, a distance of 576.62 feet to a iron rod with "ATWELL" cap set for the northern corner of the herein described tract;
3. S 65° 32' 22" E, a distance of 815.12 feet to a iron rod with "ATWELL" cap set;
4. N 46° 57' 38" E, a distance of 219.95 feet to a iron rod with "ATWELL" cap set on the northeastern line of said 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, (no right-ofway information found), from which a 1/2" iron rod with BURY AND ASSOCIATES cap found on the said northeastern line of

6

Copy from re:SearchTX

the 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, bears N 43° 02' 22" W, a distance of 1200.30 feet;

THENCE, with the northeastern line of said 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, S 43° 02' 22" E, a distance of 1123.30 feet to a 1/2" iron rod with BURY AND ASSOCIATES cap found for the eastern corner of said 323.501 acre tract and of the herein described tract and being on the northwestern right-of-way line of County Road 230/Jolly Road, (no right-of-way information found);

THENCE, with the southeastern line of said 323.501 acre tract and also being the northwestern right-of-way line of County Road 230/Jolly Road, S 47° 47' 10" W, a distance of 912.64 feet to a 1/2" iron rod with BURY AND ASSOCIATES cap found;

THENCE, continuing with the southeastern line of said 323.501 acre tract and over and across the right-of-way of County Road 230/Jolly Road, the following two (2) courses and distances:

1. S 41° 59' 21" E, a distance of 21.61 feet to a 1/2" iron rod found;
2. S 48° 12' 03" W, a distance of 2433.02 feet to a 6" steel post found on line, being on the southwestern right-of-way of County Road 230/Jolly Road and also being the northern corner of a called 69.37 acre tract, Tract A, conveyed to Leita Miller in Volume 106, Page 286, Official Public Records of Caldwell County, Texas;

THENCE, continuing with the southeastern line of said 323.501 acre tract, with the northwestern line of said 69.37 acre tract and also being the northwestern line of a called 59.693 acre tract, conveyed to Bruce Edward Germer and Peggy S. Germer in Volume 526, Page 687, Official Public Records of Caldwell County, Texas, S 48° 12' 03" W, a distance of 2569.67 feet to a 8" treated fence post found for the southern corner of said 323.501 acre tract and of the herein described tract, the eastern corner of said 121.168 acre tract and also being an angle point of said 59.693 acre tract;

THENCE, with the southwestern line of said 323.501 acre tract and also being the northeastern line of said 121.168 acre tract, N 41° 20' 54" W, a distance of 2393.08 feet to the POINT OF BEGINNING.

Containing 303.422 acres or 13,217,072 square feet, more or less.

BEARING BASIS NOTE
This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204).

Copy from re:SearchTX

11.    The metes and bounds of Tract 5 are as follows:

BEGINNING at a 6" cedar fence post found for the southern corner of said 682.21 acre tract, the eastern corner of a called 296.5 acre tract, conveyed to Dan M Connolly in Volume 346, Page 920, Official Public Records of Caldwell County, Texas and also being on the northwestern right-of-way line of County Road 229/Misty Lane, (no right-of-way information found), for the POINT OF BEGINNING and the southern corner of the herein described tract;

THENCE, with the southwestern line of said 682.21 acre tract, the northeastern line of said 296.5 acre tract and also being the northeastern line of a called 297.18 acre tract, conveyed to Millennium Interests, LTD in Document No. 2020-000497, Official Public Records of Caldwell County, Texas, N 41° 00' 01" W, a distance of 5723.84 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 682.21 acre tract, an angle corner of said 297.18 acre tract and also being the southern corner of a called 152.00 acre tract, conveyed to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas;

THENCE, with a northwestern line of said 682.21 acre tract and also being a southeastern line of said 152.00 acre tract, N 48° 44' 06" E, a distance of 1920.06 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 682.21 acre tract and said 152.00 acre tract;

THENCE, with the southwestern line of said 682.21 acre tract and also being a northeastern line of said 152.00 acre tract, N 41° 01' 11" W, a distance of 3397.52 feet to a 1/2" iron rod with Atwell cap set for the western corner of said 682.21 acre tract and also being an ell corner of said 152.00 acre tract, for the western corner of the herein described tract;

THENCE, with the northwestern line of said 682.21 acre tract and also being a southeastern line of said 152.00 acre tract, N 48° 37' 08" E, a distance of 665.66 feet to a 1/2" iron rod with Atwell cap set for the northern corner of the herein described tract;

THENCE, over and across said 682.21 acre tract, the following five (5) course and distances:

1. S 41° 31' 55" E, passing at a distance of 3496.13 feet a iron rod with 2" "KENT McMILLAN" aluminum cap found, in all a total distance of 6204.62 feet to a 1/2" iron rod with Atwell cap;
2. S 41° 20' 41" E, a distance of 761.52 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found;
3. S 41° 21' 03" E, a distance of 1416.34 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found;

8

Copy from re:SearchTX

4. S 41° 15' 22" E, a distance of 658.95 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found for the eastern corner of the herein described tract;
5. S 48° 51' 21" W, a distance of 63.82 feet to a iron rod with a 3" aluminum cap found on the southeastern line of said 682.21 acre tract and also being the northwestern right-of-way line of County Road 229/Misty Lane;

THENCE, with the southeastern line of said 682.21 acre tract and also being the northwestern right-of-way line of County Road 229/Misty Lane, the following five (5) courses and distances:

1. S 49° 32' 02" W, a distance of 691.51 feet to a 6" cedar fence post found;
2. S 42° 28' 47" W, a distance of 568.39 feet to a 6" cedar fence post found;
3. S 46° 06' 52" W, a distance of 316.98 feet to a 6" cedar fence post found;
4. S 47° 15' 50" W, a distance of 411.83 feet to a 6" cedar fence post found;
5. S 48° 21' 17" W, a distance of 610.08 feet to the POINT OF BEGINNING.

Containing 397.49 acres or 17,314,768 square feet, more or less.

BEARING BASIS NOTE
This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

12.    Mr. Buford worked for more than a year to prepare the above-referenced 1,164 acres for sale. Mr. Buford's duties included, but were not limited to, the following material acts without which the sale of the property could not have proceeded:

a.    Overseeing the division and annexation mechanics of multiple Ranch at Clear Fork Creek municipal utility district(s);

b.    Arranged for contract purchaser of adjacent property to release 54.5 acres of land from their sale contract, and added this acreage to the Genesis contract, in order to optimize the solar project's access to high voltage overhead power lines;

9

Copy from re:SearchTX

c. Oversaw and coordinated an April 2023 sale to a wastewater utility holding company for approximately 20 acres in order to provide a sewer solution in order for the property to be sold;

d. Worked on selling water line easements to the current water Certificates of Convenience and Necessity holders in order to effect a water solution for the property to be sold;

e. Worked with Walton's attorneys on finalizing all closing documentation related to the sale;

f. Attending regional economic development meetings regarding the award of economic incentives to Genesis' solar power project;

g. Overseeing communication with the buyer regarding the status of state agency-level approvals; and

h. Overseeing communication with the buyer regarding the status of financing commitments.

13. Mr Buford worked far more than 40 hours per week and missed many days and nights with his family in order to get the property ready for sale.

14. Mr. Buford was the *only* employee in Texas who was handling these matters.

15. Walton promised Mr. Buford in writing in August 2022 that he would receive $259,000 when the project closed.

16. Mr. Buford was highly incentivized to work on this project by Walton's promise that he would be paid $259,000 when the sale closed.

Copy from re:SearchTX

17.    Mr. Buford relied on Walton's promise and focused his efforts entirely on achieving the sale of the land as soon as possible.

18.    Mr. Buford's efforts were successful, and the closing of the land sale has been set for September 25, 2023, or on or about that date.

19.    Walton terminated Mr. Buford on September 11, 2023, just 10 business days before the closing.

20.    Upon information and belief, Walton terminated Mr. Burford solely to avoid paying him the promised $259,000 after having received all the benefits of Mr. Buford's work to achieve the $259,000 payment.

## Fraud

21.    Walton falsely represented to Mr. Buford in writing that it would pay him $259,000 upon sale of the 1,164 acres.

22.    Mr. Buford relied on Walton's false representation and made great personal sacrifices in reliance on Walton's promise.

23.    Walton's promise to pay Mr. Buford the $259,000 was false, as Walton has advised Mr. Buford that because he is no longer employed, he will not receive the promised $259,000.

24.    Walton knew at the time it made the promise that it had no intention of fulfilling its promise to pay Mr. Buford the $259,000.

25.    Alternatively, Walton made the promise to pay Mr. Buford the $259,000 recklessly and without any knowledge of the truth and as a positive assertion, intending that Mr. Buford rely on the promise.

11

Copy from re:SearchTX

26.    Mr. Buford relied on Walton's false promise to his detriment, forgoing other opportunities in reliance on the promise of receiving $259,000 upon closing of the transaction Mr. Buford's efforts made possible.

27.    Mr. Buford has suffered damages in the amount of $259,000 plus his attorney's fees.

## Quantum Meruit

28.    Mr. Buford went above and beyond in his efforts to get the sale of the 1,164 acres over the finish line.

29.    As of the date Walton terminated Mr. Buford, Mr. Buford had completed all the work necessary for him to earn the promised $259,000.

30.    The reasonable value of Mr. Buford's work, for which he has yet to be paid, is $259,000.

31.    Mr. Buford seeks damages of $259,000 plus attorney's fees.

## Conditions Precedent

32.    All conditions precedent to recovery have been performed.

## Prayer

Plaintiff John M. Buford seeks recovery of at least $259,000 plus his attorney's fees, and all other damages, general and special, and all other relief, legal and equitable, to which he lawfully may be entitled.

Copy from re:SearchTX

Respectfully Submitted,

Katherine T. Mize
Attorney-in-Charge
State Bar No. 00784617
katherine.mize@mizepc.com
Amber Morrison
State Bar No. 24106344
amber.morrison@mizepc.com
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (713) 595-9675
Facsimile: (713) 595-9670

ATTORNEYS FOR PLAINTIFF,
JOHN M. BUFORD

13

Copy from re:SearchTX

## FILED AND RECORDED

**Instrument Number: 2023-006007   LIS PENDENS**

Filing and Recording Date: 09/19/2023 03:18:45 PM  Pages: 15  Recording Fee: $78.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Caldwell County, Texas.



*Teresa Rodriguez*

Teresa Rodriguez, County Clerk
Caldwell County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

**DO NOT REMOVE. THIS PAGE IS PART OF THE OFFICIAL PUBLIC RECORD.**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amber Morrison on behalf of Amber Morrison
Bar No. 24106344
amber.morrison@mizepc.com
Envelope ID: 80019476
Filing Code Description: Notice
Filing Description: Notice of Lis Pendens
Status as of 9/29/2023 7:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Mize | | katherine.mize@mizepc.com | 9/27/2023 5:24:06 PM | SENT |
| Amber Morrison | | amber.morrison@mizepc.com | 9/27/2023 5:24:06 PM | SENT |

# EXHIBIT "C-6"

2023-1006
09/19/2023 03:18:45 PM   Total Pages: 16
Teresa Rodriguez, County Clerk - Caldwell County, TX

$82.00

Filed: 9/27/2023 5:25 PM
Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee Nolan

## SWORN CLAIM AFFIDAVIT

THE STATE OF TEXAS        §
                              §

COUNTY OF HARRIS       §

       BEFORE ME, the undersigned, a notary public in and for the State of Texas, on this day personally appeared **JOHN M. BUFORD**, who, after being duly sworn and deposed said, to Affiant's actual knowledge:

1.       My name is John M. Buford. I am over the age of 18 and am fully qualified to make this affidavit.

2.       On September 19, 2023, I filed a lawsuit in Caldwell County District Court against Walton Texas, LP and Walton Texas GP, LLC (together "Walton"). A true and correct copy of the lawsuit I filed is attached,

3.       Affiliated entities of Walton own, manage and represent, as agent, multiple undivided interest tenant-in-common owners of 1,164.35 acres of land located in Caldwell County, Texas and described in the attached lawsuit.

4.       As described more fully in the lawsuit, Walton fraudulently promised me $259,000 in order to effect the sale of the 1,164.35 acres of land located in Caldwell County, Texas to Genesis Consolidated Industries, Inc.

5.       I am due compensation of $259,000 in connection with the sale of the 1,164.35 acres of land located in Caldwell County, Texas estimated to close on or about September 25, 2023.

AFFIANT:

_____
John M. Buford

Copy from re:SearchTX

THE STATE OF TEXAS          §
                           §
COUNTY OF HARRIS           §

    SUBSCRIBED AND SWORN to before me on the ⎯19th⎯ day of September 2023, by **John M. Buford**.


                        JAYOHNA WILLIAMS
                    Notary Public, State of Texas
                    Comm. Expires 06-27-2027
                    Notary ID 13442800-1

                                      NOTARY PUBLIC, IN AND FOR
                                      THE STATE OF TEXAS

Copy from re:SearchTX

Filed: 9/19/2023 9:37 AM
Juanita Allen
District Clerk
Caldwell County, Texas

Ashlee Nolan

23-O-430

Case No. _____

| | | |
|---|---|---|
| John M. Buford, | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | **CALDWELL COUNTY, TEXAS** |
| | § | |
| Walton Texas, LP, and | § | |
| Walton Texas GP, LLC | § | |
| | § | 421st |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff John M. Buford files this his Original Petition based on the fraud of Defendants Walton Texas, LP and Walton Texas GP, LLC (together "Walton") and respectfully shows the Court as follows:

### Parties

1.    Plaintiff John M. Buford is an individual domiciled in Harris County, Texas and who may be served through his attorney of record, Katherine Mize, at 717 Milam, Suite 1200, Houston, Texas 77002.

2.    Defendant Walton Texas, LP is a Texas limited partnership which may be served through its Registered Agent, Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

3.    Defendant Walton Texas, GP, LLC is a Texas Limited Liability Company which may be served through its Registered Agent, Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

1

Copy from re:SearchTX

## Jurisdiction and Venue

4.     Jurisdiction is proper in this court because Plaintiff seeks monetary relief of at least $250,000 but less than $1,000,000.

5.     Venue is proper Caldwell County pursuant to section 15.011 of the Texas Civil Practice and Remedies Code which states: "Actions for recovery of real property or an estate or interest in real property … shall be brought in the county in which all or a part of the property is located." TEX. CIV. PRAC. & REM. CODE § 15.011.

## Discovery Level

6.     This case is filed as a Level 2 case pursuant to Texas Rule of Civil Procedure 190.3(a).

## Relevant Facts

7.     Plaintiff Mr. Buford was hired by Walton to perform the work necessary to prepare for sale the following parcels of land, totaling 1,164 acres, to be sold to Genesis Consolidated Industries, Inc. for the establishment of a major solar project:

**TRACT 1:** Being 311.43 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being a portion of that tract conveyed in Volume 668, Page 119, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "D" attached hereto.

**TRACT 2:** Intentionally Deleted.

**TRACT 3:** Being 152.01 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being that same tract conveyed in Volume 640, Page 852, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "E" attached hereto.

**TRACT 4:** Being 303.422 acres of land, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being a portion of that tract conveyed in Volume 617, Page 785, of the Official Public Records of Caldwell County, Texas and as more particularly described by metes and bounds in Exhibit "F" attached hereto.

**TRACT 5:** Being approximately 397.49 acres, more or less, in the ELBERT HINES SURVEY, ABSTRACT NO. 123, situated in Caldwell County, Texas, being out of that certain 682.21 acres of land as conveyed in Volume 591, Page 449, of the Official Public Records of Caldwell County, Texas and more particularly described by metes and bounds in Exhibit "G" attached hereto.

Copy from re:SearchTX

8.    The metes and bounds of Tract 1 are as follows:

A 312.43 acres (13,609,493 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 312.48 acre tract, conveyed to Walton Texas, LP in Volume 568, Page 119, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a 1/2" iron pipe found for the northern corner of said 312.48 acre tract, the eastern corner of a called 17.691 acre tract, conveyed to Nancy Doehne Tropoli and Mark Wayland Doehne in Document No. 141926, Official Public Records of Caldwell County, Texas and also being on the arc of a curve to the left on the southwestern right-of-way line of Farm to Market Road 2720, (80' right-of-way), for the POINT OF BEGINNING and the northern corner of the herein described tract;

THENCE, with the northeastern line of said 312.48 acre tract and also being the said southwestern right-of-way line of Farm to Market Road 2720, the following three (3) courses and distances: 1. With said curve to the left, an arc distance of 199.24 feet, having a radius of 2904.81 feet, an angle of 3° 55' 48", and a chord bearing S 39° 56' 19" E, a distance of 199.20 feet to a concrete monument found; 2. S 40° 36' 58" E, a distance of 703.93 feet to a 1/2" iron rod found at the point of curvature of a curve to the left; 3. With said curve to the left, an arc distance of 190.83 feet, having a radius of 1185.96 feet, an angle of 9° 13' 09", and a chord bearing S 45° 29' 48" E, a distance of 190.62 feet to a 1/2" iron rod found for an angle corner of said 312.48 acre tract and also being on the southwestern right-of-way line of a gravel road (no record information found);

THENCE, with the northeastern line of said 312.48 acre tract and also being the said southwestern right-of-way line of the gravel road, S 41° 39' 51" E, a distance of 925.10 feet to a 3" axle found for the eastern corner of said 312.48 acre tract and of the herein described tract and also being the northern corner of a called 152.00 acre tract, conveyed to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas;

THENCE, with the southeastern line of said 312.48 acre tract and also being the northwestern line of said 152.00 acre tract, the following two (2) course and distances: 1. S 48° 37' 25" W, a distance of 3093.18 feet to a 1/2" iron rod found; 2. S 48° 36' 43" W, a distance of 1921.04 feet to a 1/2" iron rod with red cap found for and angle corner of said 312.48 acre tract, the western corner of said 152.00 acre tract and also being the northern corner of a called 151.08 acre tract, conveyed to Opal H. McGee in Document No. 132107, Official Public Records of Caldwell County, Texas;

THENCE, with the southeastern line of said 312.48 acre tract and also being the northwestern line of said 151.08 acre tract, S 48° 23' 02" W, a distance of 993.95 feet to a 3" iron pipe found for the southern corner of said 312.48 acre tract and of the herein described tract, an angle corner of said 151.08 acre tract and also being the eastern corner of a called 180.57 acre tract, conveyed to EMG Properties, LLC in Document No. 2014-006176, Official Public Records of Caldwell County, Texas;

3

Copy from re:SearchTX

THENCE, with the southwestern line of said 312.48 acre tract and also being the northeastern line of said 180.57 acre tract, N 41° 23' 17" W, a distance of 2387.38 feet to a 1/2" iron rod found for the eastern corner of said 312.48 acre tract and of the herein described tract, the northern corner of said 180.57 acre tract, and also being on the southeastern right-of-way line of County Road 228/Farmers Road;

THENCE, with the northwestern line of said 312.48 acre tract and also being the said southeastern right-of-way line of County Road 228/Farmers Road, N 48° 24' 32" E, a distance of 4021.00 feet to a 1/2" iron rod found for an ell corner of said 312.48 acre tract and also being the western corner of said 17.691 acre tract;

THENCE, with a northeastern line of said 312.48 acre tract and also being the southwestern line of said 17.691 acre tract, S 41° 23' 31" E, a distance of 379.53 feet to a 1/2" iron rod found for an ell corner of said 312.48 acre tract and also being the southern corner of said 17.691 acre tract;

THENCE, with a northwestern line of said 312.48 acre tract and also being the southeastern line of said 17.691 acre tract, N 48° 37' 38" E, a distance of 1983.57 feet to the POINT OF BEGINNING. Containing 312.43 acres or 13,609,493 square feet, more or less. Page 2 of 2 SAVE AND EXCEPT A 1.00 acres (43,560 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 1.00 acre tract, conveyed to B.S. Aupperle in Document No. 134925, to Meredith Spears in Document No. 2022-008212, to Molly B. Quirk in Document No. 2022-008214, to Sandy Garcia Hoy in Document No. 2022-008216, and to John Havenstrite in Document No. 2023-00854, Official Public Records of Caldwell County, Texas, described as follows: COMMENCING at a 3" iron pipe found for the southern corner of said 312.48 acre tract, an angle corner of said 151.08 acre tract and also being the eastern corner of said 180.57 acre tract;

THENCE, over and across said 312.48 acre tract, the following five (5) courses and distances: 1. N 41° 48' 01" E, a distance of 441.87 feet to the POINT OF BEGINNING and the southern corner of the herein described tract; 2. N 41° 32' 51" W, a distance of 208.71 feet to a point for the western corner of the herein described tract; 3. N 48° 27' 09" E, a distance of 208.71 feet to a point for the northern corner of the herein described tract; 4. S 41° 32' 51" E, a distance of 208.71 feet to a point for the eastern corner of the herein described tract; 5. S 48° 27' 09" W, a distance of 208.71 feet to the POINT OF BEGINNING. Containing 1.00 acres or 43,560 square feet, more or less.

BEARING BASIS NOTE

This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

9.    The metes and bounds of Tract 3 are as follows:

A 152.01 acres (6,621,419 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being all of a called 152.00 acre tract, conveyed

Copy from re:SearchTX

to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas, described as follows:

BEGINNING at a 3" axel found for the northern corner of said 152.00 acre tract, the eastern corner of a called 312.48 acre tract, conveyed to Walton Texas, LP in Volume 568, Page 119, Official Public Records of Caldwell County, Texas and also being on the southwestern right-of-way line of a gravel road (no record information found), for the POINT OF BEGINNING and the northern corner of the herein described tract;

THENCE, with the northeastern line of said 152.00 acre tract and also being the said southwestern right-of-way line of the gravel road, S 40° 43' 37" E, a distance of 19.88 feet to a 1/2" iron rod found for the eastern corner of said 152.00 acre tract and of the herein described tract and also being an ell corner of a called 464.83 acre tract, conveyed to RUC Holdings ULC in Document No. 2018-003683, Official Public Records of Caldwell County, Texas;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 464.83 acre tract, S 48° 36' 36" W, a distance of 547.38 feet to a 1/2" iron rod with Atwell cap set for an angle corner of said 152.00 acre tract, the western corner of said 464.83 acre tract and also being the northern corner of a called 682.21 acre tract, conveyed to Walton Texas, LP in Volume 591, Page 449, Official Public Records of Caldwell County, Texas;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 682.21 acre tract, S 48° 37' 08" W, a distance of 2546.02 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 152.00 acre tract, the herein described tract and also being the western corner of said 682.21 acre tract;

THENCE, with a northeastern line of said 152.00 acre tract and also being a southwestern line of said 682.21 acre tract, S 41° 01' 11" E, a distance of 3397.52 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 152.00 acre tract, the herein described tract and said 682.21 acre tract;

THENCE, with a southeastern line of said 152.00 acre tract and also being a northwestern line of said 682.21 acre tract, S 48° 44' 06" W, a distance of 1920.06 feet to a 1/2" iron rod with Atwell cap set for the southern corner of said 152.00 acre tract and of the herein described tract, an ell corner of said 682.21 acre tract and also being on the northeastern line of a called 297.18 acre tract, conveyed to Millennium Interests, LTD in Document No. 2020-000497, Official Public Records of Caldwell County, Texas;

THENCE, with the southwestern line of said 152.00 acre tract and also being the northeastern line of said 297.18 acre tract, of a called 151.142 acre tract, conveyed to Ronald Gregg Hohertz, Rhonda Lea Covarrubias and Clay Kendall Hohertz in Document No.126771, Official Public Records of Caldwell County, Texas and of a called 151.08 acre tract, conveyed to Opal H. McGee in Document No. 132107, Official Public Records of Caldwell County, Texas, N 41° 01' 50" W, a distance of 3413.60 feet to a 1/2" iron rod with cap found for the western corner of said 152.00 acre tract and of the herein described

5

Copy from re:SearchTX

tract, the northern corner of said 151.08 acre tract and also being on the southeastern line of said 312.48 acre tract;

THENCE, with the northwestern line of said 152.00 acre tract and also being the said southeastern line of said 312.48 acre tract, the following two (2) courses and distances:

1. N 48° 36' 43" E, a distance of 1921.04 feet to a 1/2" iron rod found;

2. N 48° 37' 25" E, a distance of 3093.18 feet to the POINT OF BEGINNING.

Containing 152.01 acres or 6,621,419 square feet, more or less.

BEARING BASIS NOTE

This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

      10.     The metes and bounds of Tract 4 are as follows:

A 303.422 acres (13,217,072 square feet), tract of land, lying within the Elbert Hines Survey, Abstract 123, Caldwell County, Texas, and being a portion of a called 323.501 acre tract, conveyed to Walton Texas, LP in Volume 617, Page 785, Official Public Records of Caldwell County, Texas, described as follows:
BEGINNING at a T Post found for the western corner of said 323.501 acre tract, the northern corner of a called 121.168 acre tract, conveyed to Rodney Duane Germer and Lisa Nelson-Germer in Volume 526, Page 681, Official Public Records of Caldwell County, Texas and also being in the right-of-way of County Road 229/Misty Lane, (no right-of-way information found), for the POINT OF BEGINNING and the western corner of the herein described tract;

THENCE, with the northwestern line of said 323.501 acre tract, N 48° 12' 10" E, over and across the said right-of-way of County Road 229/Misty Lane, a distance of 4747.42 feet to a iron rod with "ATWELL" cap set, from which a 1/2" iron rod with "BURY AND ASSOCIATES" cap found on the said northwestern line of the 323.501 acre tract bears, N 48° 12' 10" E, a distance of 236.62 feet;

THENCE, over and across said 323.501 acre tract, the following four (4) courses and distances:

1. S 41° 47' 50" E, a distance of 500.21 feet to a iron rod with "ATWELL" cap set;
2. N 48° 12' 10" E, a distance of 576.62 feet to a iron rod with "ATWELL" cap set for the northern corner of the herein described tract;
3. S 65° 32' 22" E, a distance of 815.12 feet to a iron rod with "ATWELL" cap set;
4. N 46° 57' 38" E, a distance of 219.95 feet to a iron rod with "ATWELL" cap set on the northeastern line of said 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, (no right-ofway information found), from which a 1/2" iron rod with BURY AND ASSOCIATES cap found on the said northeastern line of

6

Copy from re:SearchTX

the 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, bears N 43° 02' 22" W, a distance of 1200.30 feet;

THENCE, with the northeastern line of said 323.501 acre tract and also being the southwestern right-of-way line of County Road 229/Misty Lane, S 43° 02' 22" E, a distance of 1123.30 feet to a 1/2" iron rod with BURY AND ASSOCIATES cap found for the eastern corner of said 323.501 acre tract and of the herein described tract and being on the northwestern right-of-way line of County Road 230/Jolly Road, (no right-of-way information found);

THENCE, with the southeastern line of said 323.501 acre tract and also being the northwestern right-of-way line of County Road 230/Jolly Road, S 47° 47' 10" W, a distance of 912.64 feet to a 1/2" iron rod with BURY AND ASSOCIATES cap found;

THENCE, continuing with the southeastern line of said 323.501 acre tract and over and across the right-of-way of County Road 230/Jolly Road, the following two (2) courses and distances:

1. S 41° 59' 21" E, a distance of 21.61 feet to a 1/2" iron rod found;
2. S 48° 12' 03" W, a distance of 2433.02 feet to a 6" steel post found on line, being on the southwestern right-of-way of County Road 230/Jolly Road and also being the northern corner of a called 69.37 acre tract, Tract A, conveyed to Leita Miller in Volume 106, Page 286, Official Public Records of Caldwell County, Texas;

THENCE, continuing with the southeastern line of said 323.501 acre tract, with the northwestern line of said 69.37 acre tract and also being the northwestern line of a called 59.693 acre tract, conveyed to Bruce Edward Germer and Peggy S. Germer in Volume 526, Page 687, Official Public Records of Caldwell County, Texas, S 48° 12' 03" W, a distance of 2569.67 feet to a 8" treated fence post found for the southern corner of said 323.501 acre tract and of the herein described tract, the eastern corner of said 121.168 acre tract and also being an angle point of said 59.693 acre tract;

THENCE, with the southwestern line of said 323.501 acre tract and also being the northeastern line of said 121.168 acre tract, N 41° 20' 54" W, a distance of 2393.08 feet to the POINT OF BEGINNING.

Containing 303.422 acres or 13,217,072 square feet, more or less.

BEARING BASIS NOTE
This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204).

Copy from re:SearchTX

11.    The metes and bounds of Tract 5 are as follows:

BEGINNING at a 6" cedar fence post found for the southern corner of said 682.21 acre tract, the eastern corner of a called 296.5 acre tract, conveyed to Dan M Connolly in Volume 346, Page 920, Official Public Records of Caldwell County, Texas and also being on the northwestern right-of-way line of County Road 229/Misty Lane, (no right-of-way information found), for the POINT OF BEGINNING and the southern corner of the herein described tract;

THENCE, with the southwestern line of said 682.21 acre tract, the northeastern line of said 296.5 acre tract and also being the northeastern line of a called 297.18 acre tract, conveyed to Millennium Interests, LTD in Document No. 2020-000497, Official Public Records of Caldwell County, Texas, N 41° 00' 01" W, a distance of 5723.84 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 682.21 acre tract, an angle corner of said 297.18 acre tract and also being the southern corner of a called 152.00 acre tract, conveyed to Walton Texas, LP in Volume 640, Page 852, Official Public Records of Caldwell County, Texas;

THENCE, with a northwestern line of said 682.21 acre tract and also being a southeastern line of said 152.00 acre tract, N 48° 44' 06" E, a distance of 1920.06 feet to a 1/2" iron rod with Atwell cap set for an ell corner of said 682.21 acre tract and said 152.00 acre tract;

THENCE, with the southwestern line of said 682.21 acre tract and also being a northeastern line of said 152.00 acre tract, N 41° 01' 11" W, a distance of 3397.52 feet to a 1/2" iron rod with Atwell cap set for the western corner of said 682.21 acre tract and also being an ell corner of said 152.00 acre tract, for the western corner of the herein described tract;

THENCE, with the northwestern line of said 682.21 acre tract and also being a southeastern line of said 152.00 acre tract, N 48° 37' 08" E, a distance of 665.66 feet to a 1/2" iron rod with Atwell cap set for the northern corner of the herein described tract;

THENCE, over and across said 682.21 acre tract, the following five (5) course and distances:

1. S 41° 31' 55" E, passing at a distance of 3496.13 feet a iron rod with 2" "KENT McMILLAN" aluminum cap found, in all a total distance of 6204.62 feet to a 1/2" iron rod with Atwell cap;
2. S 41° 20' 41" E, a distance of 761.52 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found;
3. S 41° 21' 03" E, a distance of 1416.34 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found;

Copy from re:SearchTX

4. S 41° 15' 22" E, a distance of 658.95 feet to a iron rod with 2" "KENT McMILLAN" aluminum cap found for the eastern corner of the herein described tract;
5. S 48° 51' 21" W, a distance of 63.82 feet to a iron rod with a 3" aluminum cap found on the southeastern line of said 682.21 acre tract and also being the northwestern right-of-way line of County Road 229/Misty Lane;

THENCE, with the southeastern line of said 682.21 acre tract and also being the northwestern right-of-way line of County Road 229/Misty Lane, the following five (5) courses and distances:

1. S 49° 32' 02" W, a distance of 691.51 feet to a 6" cedar fence post found;
2. S 42° 28' 47" W, a distance of 568.39 feet to a 6" cedar fence post found;
3. S 46° 06' 52" W, a distance of 316.98 feet to a 6" cedar fence post found;
4. S 47° 15' 50" W, a distance of 411.83 feet to a 6" cedar fence post found;
5. S 48° 21' 17" W, a distance of 610.08 feet to the POINT OF BEGINNING.

Containing 397.49 acres or 17,314,768 square feet, more or less.

BEARING BASIS NOTE
This project is referenced for all bearing and coordinate basis to the Texas State Plane Coordinate System NAD 83 (2011 adjustment), South Central Zone (4204). The grid to surface combined scale factor is 1.00013.

12.    Mr. Buford worked for more than a year to prepare the above-referenced 1,164 acres for sale. Mr. Buford's duties included, but were not limited to, the following material acts without which the sale of the property could not have proceeded:

a.    Overseeing the division and annexation mechanics of multiple Ranch at Clear Fork Creek municipal utility district(s);

b.    Arranged for contract purchaser of adjacent property to release 54.5 acres of land from their sale contract, and added this acreage to the Genesis contract, in order to optimize the solar project's access to high voltage overhead power lines;

Copy from re:SearchTX

    c.  Oversaw and coordinated an April 2023 sale to a wastewater utility holding company for approximately 20 acres in order to provide a sewer solution in order for the property to be sold;

    d.  Worked on selling water line easements to the current water Certificates of Convenience and Necessity holders in order to effect a water solution for the property to be sold;

    e.  Worked with Walton's attorneys on finalizing all closing documentation related to the sale;

    f.  Attending regional economic development meetings regarding the award of economic incentives to Genesis' solar power project;

    g.  Overseeing communication with the buyer regarding the status of state agency-level approvals; and

    h.  Overseeing communication with the buyer regarding the status of financing commitments.

13.    Mr Buford worked far more than 40 hours per week and missed many days and nights with his family in order to get the property ready for sale.

14.    Mr. Buford was the *only* employee in Texas who was handling these matters.

15.    Walton promised Mr. Buford in writing in August 2022 that he would receive $259,000 when the project closed.

16.    Mr. Buford was highly incentivized to work on this project by Walton's promise that he would be paid $259,000 when the sale closed.

Copy from re:SearchTX

17.    Mr. Buford relied on Walton's promise and focused his efforts entirely on achieving the sale of the land as soon as possible.

18.    Mr. Buford's efforts were successful, and the closing of the land sale has been set for September 25, 2023, or on or about that date.

19.    Walton terminated Mr. Buford on September 11, 2023, just 10 business days before the closing.

20.    Upon information and belief, Walton terminated Mr. Burford solely to avoid paying him the promised $259,000 after having received all the benefits of Mr. Buford's work to achieve the $259,000 payment.

### Fraud

21.    Walton falsely represented to Mr. Buford in writing that it would pay him $259,000 upon sale of the 1,164 acres.

22.    Mr. Buford relied on Walton's false representation and made great personal sacrifices in reliance on Walton's promise.

23.    Walton's promise to pay Mr. Buford the $259,000 was false, as Walton has advised Mr. Buford that because he is no longer employed, he will not receive the promised $259,000.

24.    Walton knew at the time it made the promise that it had no intention of fulfilling its promise to pay Mr. Buford the $259,000.

25.    Alternatively, Walton made the promise to pay Mr. Buford the $259,000 recklessly and without any knowledge of the truth and as a positive assertion, intending that Mr. Buford rely on the promise.

Copy from re:SearchTX

26.    Mr. Buford relied on Walton's false promise to his detriment, forgoing other opportunities in reliance on the promise of receiving $259,000 upon closing of the transaction Mr. Buford's efforts made possible.

27.    Mr. Buford has suffered damages in the amount of $259,000 plus his attorney's fees.

## Quantum Meruit

28.    Mr. Buford went above and beyond in his efforts to get the sale of the 1,164 acres over the finish line.

29.    As of the date Walton terminated Mr. Buford, Mr. Buford had completed all the work necessary for him to earn the promised $259,000.

30.    The reasonable value of Mr. Buford's work, for which he has yet to be paid, is $259,000.

31.    Mr. Buford seeks damages of $259,000 plus attorney's fees.

## Conditions Precedent

32.    All conditions precedent to recovery have been performed.

## Prayer

Plaintiff John M. Buford seeks recovery of at least $259,000 plus his attorney's fees, and all other damages, general and special, and all other relief, legal and equitable, to which he lawfully may be entitled.

Copy from re:SearchTX

Respectfully Submitted,

Katherine T. Mize
Attorney-in-Charge
State Bar No. 00784617
katherine.mize@mizepc.com
Amber Morrison
State Bar No. 24106344
amber.morrison@mizepc.com
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (713) 595-9675
Facsimile: (713) 595-9670

ATTORNEYS FOR PLAINTIFF,
JOHN M. BUFORD

13

Copy from re:SearchTX

## FILED AND RECORDED

**Instrument Number: 2023-006006   AFFIDAVIT**

Filing and Recording Date: 09/19/2023 03:18:45 PM  Pages: 16  Recording Fee: $82.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Caldwell County, Texas.



*Teresa Rodriguez*

Teresa Rodriguez, County Clerk
Caldwell County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

## DO NOT REMOVE. THIS PAGE IS PART OF THE OFFICIAL PUBLIC RECORD.

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amber Morrison on behalf of Amber Morrison
Bar No. 24106344
amber.morrison@mizepc.com
Envelope ID: 80019550
Filing Code Description: Notice
Filing Description: Sworn Claim Affidavit
Status as of 9/29/2023 7:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Mize | | katherine.mize@mizepc.com | 9/27/2023 5:25:42 PM | SENT |
| Amber Morrison | | amber.morrison@mizepc.com | 9/27/2023 5:25:42 PM | SENT |

Copy from re:SearchTX