UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JOHN M. BUFORD,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 1:23-CV-01193-DAE |
| **WALTON TEXAS, LP,** | § | |
| **WALTON TEXAS GP, LLC, and** | § | JURY TRIAL REQUESTED |
| **WALTON GLOBAL HOLDINGS, LLC** | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, John M. Buford, hereby gives notice of his appeal to the United States Court of Appeal for the 5th Circuit from the Order Granting Walton Texas, LP, Walton Texas GP, LLC, and Walton Global Holdings, LLC's Motion to Dismiss signed May 31, 2024 (Dkt. #20).

Signed July 1, 2024, Houston, Texas.

Respectfully Submitted,

_____
Katherine T. Mize
Attorney-in-Charge
State Bar No. 00784617
katherine.mize@mizepc.com
Amber Morrison
State Bar No. 24106344
amber.morrison@mizepc.com
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (713) 595-9675
Facsimile: (713) 595-9670

ATTORNEYS FOR PLAINTIFF,
JOHN M. BUFORD

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2023 the foregoing Plaintiff's Notice of Appeal was electronically served to the following counsel of record for the defendants:

Karl Dial | dialk@gtlaw.com
Alyssa O. Johnston | johnstona@gtlaw.com
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

/s/ *Amber Morrison*
Amber Morrison