

# United States Court of Appeals
## for the Fifth Circuit

**A True Copy**
**Certified order issued Sep 05, 2024**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**
September 5, 2024

Lyle W. Cayce
Clerk

No. 24-50541

─────────────

John M. Buford,

        *Plaintiff—Appellant*,

versus

Walton Texas, L.P.; Walton Texas GP, L.L.C.; Walton Global Holdings, L.L.C.,

        *Defendants—Appellees*.

─────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1193

─────────────

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of September 5, 2024, for want of prosecution. The appellant failed to timely file brief and record excerpts.

By: LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT